IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Marva Wright,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Comenity Bank and Experian Information Solutions, Inc.,<br>　　　　　Defendants. | Case No: 1:24-cv-01364-JGK<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. § 41(a)(1)(A)(i) AS TO COMENITY BANK** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice against Defendant Comenity Bank only with each party to bear its respective attorney's fees and costs.

Defendant Comenity Bank has not filed an answer or motion in this action.

Dated: April 25, 2024

　　　　　　　　　　　　　　　　　　　　SANDERS LAW GROUP

　　　　　　　　　　　　　　　　　　　　By: ___/s/_____
　　　　　　　　　　　　　　　　　　　　Alain Cesar, Esq.
　　　　　　　　　　　　　　　　　　　　333 Earle Ovington Blvd, Suite 402
　　　　　　　　　　　　　　　　　　　　Uniondale, NY 11553
　　　　　　　　　　　　　　　　　　　　Tel: (516) 203-7600
　　　　　　　　　　　　　　　　　　　　Email: acesar@sanderslaw.group
　　　　　　　　　　　　　　　　　　　　File No.: 128951
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　SO ORDERED:

　　　　　　　　　　　　　　　　　_____
4/26/24　　　　　　　　　　　　　U.S.D.J.